Parisien v Travelers Ins. Co. (2022 NY Slip Op 50553(U))

[*1]

Parisien v Travelers Ins. Co.

2022 NY Slip Op 50553(U) [75 Misc 3d 135(A)]

Decided on June 3, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 3, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-406 K C

Jules Francois Parisien, M.D., as Assignee
of Gonzales, Nicanor, Respondent, 
against
Travelers Insurance Company, Appellant.

Law Office of Tina Newsome-Lee (Duane Frankson of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered October 19, 2018, deemed from a judgment of that court entered
November 15, 2018. The judgment entered pursuant to the October 19, 2018 order granting
plaintiff's motion for summary judgment and denying defendant's cross motion for summary
judgment dismissing the complaint, awarded plaintiff the principal sum of $3,785.58.

ORDERED that the judgment is reversed, with $30 costs, the order entered October 19, 2018
is vacated, plaintiff's motion for summary judgment is denied, defendant's cross motion for
summary judgment dismissing the complaint is granted, and the matter is remitted to the Civil
Court for the entry of a judgment in favor of defendant dismissing the complaint.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court entered October 19, 2018 granting plaintiff's motion for
summary judgment and denying defendant's cross motion which had sought summary judgment
dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled
examinations under oath (EUOs). A judgment was subsequently entered on November 15, 2018,
from which the appeal is deemed to have been taken (see CPLR 5501 [c]).
Defendant established that initial and follow-up letters scheduling an EUO had been timely
mailed (see St. Vincent's Hosp. of
Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]); that plaintiff had
failed to appear on either date (see
Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]);
and that the claims had been timely denied on that ground (see St. Vincent's Hosp. of
Richmond, 50 AD3d 1123; Greenway Med. Supply Corp. v Travelers Ins. Co., 58 Misc 3d
131[A], 2017 NY Slip Op 51765[U] [App Term, [*2]2d
Dept, 2d, 11th & 13th Jud Dists 2017]). As plaintiff failed to raise a triable issue of fact in
opposition to defendant's cross motion, defendant is entitled to summary judgment dismissing the
complaint.
Accordingly, the judgment is reversed, the order entered October 19, 2018 is vacated,
plaintiff's motion for summary judgment is denied and defendant's cross motion for summary
judgment dismissing the complaint is granted.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 3, 2022